IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE R. BARRON, JR.,       : | |
|     Plaintiff,                 : | |
| vs.                            : | |
|                                  | CIVIL ACTION 05-0732-WS-M |
| JO ANNE B. BARNHART,           : | |
| Commissioner of                  | |
| Social Security,               : | |
|     Defendant.                 : | |

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

DONE this 18th day of August, 2006.

<pre>
                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE
</pre>