```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION


CLARENCE R. BARRON, JR.,        :

      Plaintiff,                :

vs.                             :
                                     CIVIL ACTION 05-0732-WS-M
JO ANNE B. BARNHART,            :
Commissioner of
Social Security,                :

      Defendant.                :
```

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Clarence R. Barron, Jr.

DONE this 18th day of August, 2006.

                    s/WILLIAM H. STEELE
                    UNITED STATES DISTRICT JUDGE